RECEIVED MAY 6 2009

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JEFFREY MONNIER, | ) | CASE NO.: 8:08-cv-00491 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CONSENT TO EXERCISE OF |
| | ) | JURISDICTION BY A |
| THE HARTFORD FINANCIAL | ) | UNITED STATES MAGISTRATE |
| SERVICES GROUP, INC., | ) | JUDGE AND |
| HARTFORD LIFE AND ACCIDENT | ) | ORDER OF REFERENCE |
| INSURANCE COMPANY, HARTFORD | ) | |
| LIFE INSURANCE COMPANY, | ) | |
| CONTINENTAL CASUALTY | ) | |
| COMPANY, CONTINENTAL | ) | |
| ASSURANCE COMPANY, and | ) | |
| HARMON INDUSTRIES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

09 MAY 13 PM 1:35
OFFICE OF THE CLERK
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
FILED

**CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed.R.Civ.P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States court of appeals for this circuit.

| Signature of Attorney or Party | Name of Party | Date |
|---|---|---|
| /s/ | For Jeffrey Monnier, Plaintiff | 5/4, 2009 |
| /s/ | For Continental Casualty Company and Hartford life and Accident Insurance Company, Defendants | 4/30, 2009 |

**ORDER OF REFERENCE**

IT IS HEREBY ORDERED that this case be referred to the Honorable **F.A. Gossett** United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed.R.Civ.P. 73 and the foregoing consent of the parties.

5/13/09
Date

United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT **ONLY IF** ALL PARTIES HAVE CONSENTED **ON THIS FORM** TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.