IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JEFFREY MONNIER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:08CV491 |
| | ) | |
| THE HARTFORD FINANCIAL SERVICES GROUP, INC., et al., | ) ) | BRIEFING SCHEDULE |
| | ) | |
| Defendants. | ) | |

This is a case arising under the Employee Retirement Income Security Act of 1974 ("ERISA"). The parties have consented to disposition of the case by the magistrate judge and wish to submit the matter by motion based on the administrative record. Upon review of the file,

**IT IS ORDERED** that the defendants' unopposed request for continuance (Doc. 18) is granted, as follows:

   1. Defendants shall electronically file an index containing the administrative record or before **June 20, 2009**, with access thereto restricted pursuant to the E-Government Act. *See* NECivR 5.0.3(c).

   2. All parties are given until **July 20, 2009** to file cross-motions for summary judgment and briefs in support thereof. Responses to the summary judgment motions shall be filed within 20 days of service, as provided in NECivR 56.1(b)(2). Reply briefs may be filed within the time allowed by NECivR 7.0.1(c).

   3. The nonjury trial now set for June 19, 2009 is cancelled. Trial will be rescheduled, if necessary, after the parties' motions for summary judgment are decided.

   **DATED May 15, 2009.**

                              BY THE COURT:

                              s/ F.A. Gossett
                              **United States Magistrate Judge**